**Order filed February 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01025-CV
_____

**JOE HENDERSON, Appellant**

**V.**

**THE CITY OF HOUSTON, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-19546**

---

## O R D E R

The notice of appeal in this case was filed November 14, 2013. The clerk's record was filed January 21, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **February 19, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM